IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| RODNEY L. RICHARDS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 9:13cv40 |
| ASPEN POWER, LLC, | § § | |
| Defendant. | § § § | |

## AGREED JUDGMENT

On this day in the above-entitled and numbered cause, Plaintiff Rodney Richards and Defendant Aspen Power, LLC file this Agreed Judgment and announce to the Court that they have entered into an agreement for entry of final judgment. Accordingly, the Court finds that the following judgment should be rendered. It is therefore,

**ORDERED, ADJUDGED, AND DECREED** that a Final Judgment be, and hereby is **ENTERED** on behalf of Plaintiff Rodney Richards against Aspen Power, LLC in the total sum of Ninety-Five Thousand Dollars ($95,000) for all of which execution may issue.

It is further **ORDERED** that all parties herein bear their own attorneys' fees and costs.

This judgment is final and disposes of all claims.

SIGNED on this _____ day of _____, 2014.

_____
Zack Hawthorn
United States Magistrate Judge

**APPROVED AND ENTRY REQUESTED:**

**STUCKEY, GARRIGAN & CASTETTER**

By: /s/ Alex A. Castetter
Alex A. Castetter
State Bar No. 00783808
**Attorney-in-Charge**
2803 North St.
P.O. Box 631902
Nacogdoches, Texas 75963
Telephone: 936-560-6020
Facsimile: 936-560-9578
alex@sgclaw.org

**ATTORNEYS FOR PLAINTIFF**

**PORTER HEDGES LLP**

By: /s/ Joanne M. Vorpahl
**Joanne M. Vorpahl**
State Bar No. 20619950
**Attorney-in-Charge**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: 713-226-6601
Facsimile: 713-226-6201
jvorpahl@porterhedges.com

**OF COUNSEL:**

PORTER HEDGES LLP
Susan E. Cates
State Bar No. 24044932
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: 713-226-6709
Facsimile: 713-226-6309
scates@porterhedges.com

**ATTORNEYS FOR DEFENDANT**