IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| RODNEY L. RICHARDS,<br><br>    Plaintiff,<br><br>v.<br><br>ASPEN POWER, LLC,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§  Civil Action No. 9:13cv40<br>§<br>§<br>§<br>§<br>§ |

## AGREED JUDGMENT

On this day in the above-entitled and numbered cause, Plaintiff Rodney Richards and Defendant Aspen Power, LLC file this Agreed Judgment and announce to the Court that they have entered into an agreement for entry of final judgment. Accordingly, the Court finds that the following judgment should be rendered. It is therefore,

**ORDERED, ADJUDGED, AND DECREED** that a Final Judgment be, and hereby is **ENTERED** on behalf of Plaintiff Rodney Richards against Aspen Power, LLC in the total sum of Ninety-Five Thousand Dollars ($95,000) for all of which execution may issue.

It is further **ORDERED** that all parties herein bear their own attorneys' fees and costs.

This judgment is final and disposes of all claims.

SIGNED on this __13__ day of __August__, 2014.

_____
Zack Hawthorn
United States Magistrate Judge

APPROVED AND ENTRY REQUESTED:

STUCKEY, GARRIGAN & CASTETTER

By: /s/ Alex A. Castetter
      Alex A. Castetter
      State Bar No. 00783808
      **Attorney-in-Charge**
      2803 North St.
      P.O. Box 631902
      Nacogdoches, Texas 75963
      Telephone: 936-560-6020
      Facsimile: 936-560-9578
      alex@sgclaw.org

**ATTORNEYS FOR PLAINTIFF**


**PORTER HEDGES LLP**


By: /s/ Joanne M. Vorpahl
      **Joanne M. Vorpahl**
      State Bar No. 20619950
      **Attorney-in-Charge**
      1000 Main Street, 36th Floor
      Houston, Texas 77002
      Telephone: 713-226-6601
      Facsimile: 713-226-6201
      jvorpahl@porterhedges.com

OF COUNSEL:

PORTER HEDGES LLP
Susan E. Cates
State Bar No. 24044932
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: 713-226-6709
Facsimile: 713-226-6309
scates@porterhedges.com

**ATTORNEYS FOR DEFENDANT**